# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FREITAS, *et al.*, | No. 4:20-CV-01236 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| GEISINGER HEALTH PLAN, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 9) is **DENIED**.

2. Defendants' answer is due no later than **June 10, 2021**.

3. A telephonic status conference shall be scheduled for **June 24, 2021** at **2:00 PM**.

4. Counsel for Plaintiff shall initiate the call to Chambers at 570-323- 9772.

5. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

6. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge