# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FREITAS and KAYLEE MCWILLIAMS, *Individually and on behalf of others similarly situated*, | No. 4:20-CV-01236 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| GEISINGER HEALTH PLAN and SOCRATES, INC., | |
| Defendants. | |

## CASE MANAGEMENT ORDER

### AUGUST 16, 2021

Pursuant to the authority granted to this Court under Federal Rule of Civil Procedure 83(b), this Case Management Order shall govern all proceedings in the above-captioned case. No deadlines set by this Order, the Local Rules,[1] or the Federal Rules of Civil Procedure may be altered without this Court's approval, and this Court may modify any deadline *sua sponte*.

**Joinder of Additional Parties and Amended Pleadings**

1. All additional parties shall be joined by <u>February 25, 2022</u>.[2]

---

[1] The Local Rules are online at http://www.pamd.uscourts.gov/sites/pamd/files/LR120114.pdf, and may also be obtained by writing the Clerk of Court, United States Courthouse and Federal Building, Suite 218, 240 West Third Street, Williamsport, Pennsylvania, 17701-6460.

[2] This Order is effective immediately as to all parties who have already appeared. If any parties have not yet been served with the summons and complaint, a copy of this Order shall be served on those parties simultaneously with the summons and complaint, in any manner authorized by Federal Rule of Civil Procedure 4(c). If any parties have been served with the summons

2. Amended pleadings are due <u>February 25, 2022</u>.

## Discovery

3. Pre-certification discovery shall be conducted expeditiously and diligently, and shall be completed by <u>February 25, 2022</u>. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

## Class Certification

4. Plaintiff's Motion for Conditional Certification and supporting brief is to be filed by <u>March 28, 2022</u>.

5. Defendant's Responses in Opposition to the Motion for Conditional Certification are to be filed by <u>April 28, 2022</u>.

6. Plaintiffs' Reply Brief in Support of the Motion for Conditional Certification is to be filed by <u>May 12, 2022</u>.

7. A case management conference will be scheduled once the Court rules on the motion for conditional certification.

---

and complaint but have not yet appeared, a copy of this Order shall, within three days of the date of this Order, be served on those parties in any manner authorized by Federal Rule of Civil Procedure 5(b) that is calculated to provide prompt, actual notice of this Order's contents. For parties who have not yet been served with the summons and complaint, or have not yet appeared, this Order is effective immediately upon receipt. No party, however, will penalized for violating the terms of this Order if they have not received actual notice of this Order's contents.

**Miscellaneous Matters**

8. Motions to seal documents (and the document(s) sought to be sealed) must be mailed to, or filed with, the Clerk's Office in Williamsport. The Court will not accept sealed documents filed in Scranton or Harrisburg.

9. At any time, if the parties wish to utilize the Court-Annexed Mediation Program[3] or any other form of alternative dispute resolution, counsel should electronically docket a letter expressing this interest and request a telephone conference call with the Court.

10. Inquiries about this case may be directed to Janel R. Rhinehart, my Courtroom Deputy, at 570-323-9772.

**Summary of Dates and Deadlines**

Joinder of additional parties:  February 25, 2022
Amended pleadings:  February 25, 2022
Pre-certification Discovery:  February 25, 2022
Plaintiff's Motion for Conditional Certification:  March 28, 2022
Defendants' Response in Opposition:  April 28, 2022
Plaintiffs' Reply Brief:  May 12, 2022

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[3] *See* Local Rules 16.8.1-.7.