IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FREITAS and KAYLEE MCWILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEISINGER HEALTH PLAN, and SOCRATES, INC.,<br><br>Defendants. | No. 4:20-CV-01236<br><br>(Chief Judge Brann) |

# ORDER

### NOVEMBER 16, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Amended Motion to Strike (Doc. 64) is **DENIED**.

2. Defendants' Motion to Dismiss (Doc. 54), which the Court converted into a motion for summary judgment,[1] is **GRANTED**.

3. Upon resolution of the remaining claim in the case the Clerk of Court is directed to enter final judgment in favor of Defendants and against Plaintiff Lori Freitas on Counts I through VI and against Plaintiff

---

[1] Doc. 77.

Kaylee McWilliams on Counts VIII through XII. Plaintiff Lori Freitas is **DISMISSED** from this matter.

4. Plaintiffs' Motion to Compel Discovery (Doc. 36) is **DENIED**.

5. A status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge