IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLEE MCWILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEISINGER HEALTH PLAN, and SOCRATES, INC.,<br><br>Defendants. | No. 4:20-CV-01236<br><br>(Chief Judge Brann) |

# ORDER

**FEBRUARY 8, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 86) is **GRANTED**.

2. Judgment is entered in Defendants' favor on Count VII of Plaintiff Kaylee McWilliams Second Amended Complaint.

3. The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge