## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
LORI FREITAS and KAYLEE          :
MCWILLIAMS, individually         :
and on behalf of all others      :
similarly situated,              :
                                 :
        Plaintiffs,              :    No. 4:20-cv-1236 (MWB)
                                 :
        v.                       :
                                 :
GEISINGER HEALTH PLAN, and       :
SOCRATES, INC.                   :
                                 :
        Defendants.              :
                                 :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
```

### NOTICE OF APPEAL

Notice is hereby given that LORI FREITAS and KAYLEE MCWILLIAMS, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the November 16, 2022, Order (Docket No. 79) granting Defendants' Motion to Dismiss (converted to a Motion for Summary Judgment) against Plaintiffs and the February 8, 2023, Order (Docket No. 89) granting Defendants' Motion for Summary Judgment against Plaintiff KAYLEE MCWILLIAMS on her remaining claim.

Respectfully Submitted,


 /s/ Charles Kannebecker
Charles Kannebecker, Esq.
Pa. Bar ID No. 58612
THE LAW OFFICE OF CHARLES KANNEBECKER
104 W. High St.
Milford, PA 18337
(570) 296-6471
kannebecker@wskllawfirm.com

*Attorney for Plaintiffs*

Dated: February 27, 2023